UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Elizabeth Garcia, et al.
                    Plaintiff,

v.                                          Case No.: 1:13−cv−08955
                                            Honorable John F. Grady

Unknown Detective #1, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 29, 2014:

  MINUTE entry before the Honorable John F. Grady: Motion hearing held. Defendants failed to appear. The plaintiffs' motion to compel disclosures and for a protective order [8] is withdrawn in part, and granted in part. Insofar as the motion seeks to compel certain disclosures from the defendant, it is withdrawn as moot. Insofar as it seeks an order requiring the defendant to preserve evidence, it is granted. The City of Waukegan shall preserve: (1) all copies of any relevant police reports, including drafts thereof; and (2) any visual or audio recordings of the minor plaintiffs' interrogation and/or their entrance/departure from the police station. The plaintiffs' oral motion to amend their complaint is granted. The plaintiffs are given leave to file an amended complaint by February 12, 2014. The defendants shall answer or otherwise plead to the complaint by March 12, 2014. Discovery shall commence. The parties shall serve their Rule 26(a) disclosures by February 19, 2014. A further status hearing is set for March 19, 2014 at 11:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.