IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GARCIA, as Mother and natural guardian of JONATHAN GARCIA, a minor; and ALICIA PEREZ, as Mother and natural guardian of GIORGIO PEREZ, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> DETECTIVE JAROSLAW GRZEDA, <br>    City of Waukegan Police Detective, In his <br>    Individual and Official Capacity; <br><br> DETECTIVE ANDREW VALKO, <br>    City of Waukegan Police Detective, In his <br>    Individual and Official Capacity; <br><br> SERGEANT SCOTT THOMAS, <br>    City of Waukegan Police Sergeant, In his <br>    Individual and Official Capacity; <br><br> OFFICER JOSEPH BAYSINGER, <br>    City of Waukegan Police Officer, In his <br>    Individual and Official Capacity; <br><br> SERGEANT WILLIAM WALKER, <br>    City of Waukegan Police Sergeant, In his <br>    Individual and Official Capacity; <br><br> OFFICER MIKE LEUSCH, <br>    City of Waukegan Police Officer, In his <br>    Individual and Official Capacity; <br><br> CITY OF WAUKEGAN, <br>    An Illinois Municipal Corporation, <br><br> Defendants. | Case No: 1:13-cv-08955 <br> Honorable John F. Grady |

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' FIRST AMENDED COMPLAINT AT LAW**

NOW COME the Defendants, City of Waukegan, Jaroslaw Grzeda, Andrew Valko, Scott

Thomas, Joseph Baysinger, William Walker, and Mike Leusch, (collectively the "Waukegan Defendants"), by and through their attorneys, Trobe, Babowice & Associates, LLC, respectfully move this Court for an additional thirty (30) days to file their answer or other responsive pleading to the Plaintiffs' First Amended Complaint at Law.

Dated: March 11, 2014.

                                    RESPECTFULLY SUBMITTED,

                                    By:   /s/ Peter M. Trobe
                                              Peter M. Trobe

Peter M. Trobe (Atty. No. 2857863)
Michael D. Furlong (Atty. No. 6289523)
TROBE, BABOWICE & ASSOCIATES, LLC
404 West Water Street
Waukegan, Illinois 60085
Tel: (847) 625-8700
Fax (847-625-8708
ptrobe@tbalaws.com
mfurlong@tbalaws.com