IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GARCIA as Mother and natural guardian of JONATHAN GARCIA, a minor; and ALICIA PEREZ as Mother and natural guardian of GIORGIO PEREZ, a minor, | |
| | No. 13 CV 08955 |
| Plaintiffs, | Honorable Judge Amy J. St. Eve |
| v. | |
| DETECTIVE JAROSLAW GRZEDA, DETECTIVE ANDREW VALKO, SERGEANT SCOTT THOMAS, OFFICER JOSEPH BAYSINGER, SERGEANT WILLIAM WALKER, OFFICER MIKE LEUSCH, and CITY OF WAUKEGAN, | |
| Defendants. | |

## NOTICE OF MOTION

To: Michael D. Furlong
Peter Michael Trobe
Trobe, Babowice & Associates, LLC
Email: mfurlong@tbalaws.com
Email: ptrobe@tbalaws.com

PLEASE TAKE NOTICE that on **September 8, 2014, at 8:45 a.m.**, I shall appear before the Honorable Judge Amy J. St. Eve in Courtroom 1241 usually occupied by her, at the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois and shall present the **Agreed Motion for an extension of time to Complete Discovery pursuant to the Parties' Rule 26(f) Planning Meeting**, at which time and place you may appear.

    Respectfully submitted,

    **ELIZABETH GARCIA as Mother and natural guardian of JONATHAN GARCIA, a minor; and ALICIA PEREZ as Mother and natural guardian of GIORGIO PEREZ, a minor,**

    /S/     Victor Price

1

2

One of their attorneys

Victor Price
O'Connor Law Firm, Ltd.
19 S. LaSalle Street, Suite 1400
Chicago, IL    60603
E-mail:  VPrice@koconnorlaw.com

Case: 1:13-cv-08955 Document #: 23-1 Filed: 08/29/14 Page 2 of 3 PageID #:124

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GARCIA as Mother and natural guardian of JONATHAN GARCIA, a minor; and ALICIA PEREZ as Mother and natural guardian of GIORGIO PEREZ, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> DETECTIVE JAROSLAW GRZEDA, DETECTIVE ANDREW VALKO, SERGEANT SCOTT THOMAS, OFFICER JOSEPH BAYSINGER, SERGEANT WILLIAM WALKER, OFFICER MIKE LEUSCH, and CITY OF WAUKEGAN, <br><br> Defendants. | No. 13 CV 08955 <br><br> Honorable Judge Amy J. St. Eve |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2014, I electronically filed the foregoing **Agreed Motion for an extension of time to Complete Discovery pursuant to the Parties' Rule 26(f) Planning Meeting**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participants:

| | |
|:---:|:---:|
| Michael D. Furlong | Peter Michael Trobe |
| Trobe, Babowice & Associates, LLC | Trobe Babowice & Associates, LLC |
| 404 W. Water Street | 404 West Water Street |
| Waukegan, IL 60085 | Waukegan, IL 60085 |
| (847) 625-8700 | 847-625-8700 |
| Email: mfurlong@tbalaws.com | Email: ptrobe@tbalaws.com |

By: *S/Victor Price*

Victor Price
O'Connor Law Firm, Ltd.
19 S. LaSalle Street, Suite 1400
Chicago, IL    60603
E-mail: VPrice@koconnorlaw.com

3