UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Elizabeth Garcia, et al.
                                      Plaintiff,

v.                                              Case No.: 1:13−cv−08955
                                                              Honorable Virginia M. Kendall

City Of Waukegan, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 19, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion to compel [51] is entered and continued to 11/9/2015 at 09:00 AM. Fact Discovery ordered closed by 12/31/2015. Dispositive motions with supporting memoranda due by 1/20/2016. Responses due by 2/17/2016. Replies due by 3/2/2016. Ruling will be made by mail. Status hearing set for 1/6/2016 at 9:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.