IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GARCIA, *et al*.  )<br>                                                      )<br>                                                      )<br>             Plaintiffs,                      )<br>                                                      )<br>     v.                                             )<br>                                                      )<br>DETECTIVE JAROSLAW GRZEDA, *et al.*  )<br>                                                      )<br>             Defendants.                 ) | Case No: 1:13-cv-08955<br>Honorable Virginia Kendall |

## JOINT STATEMENT REGARDING TRIAL DATE SETTING

NOW COME the Plaintiffs, by and through their attorneys, the O'Connor Law Firm, and the Defendants, by and through their attorneys, Trobe, Babowice & Associates, LLC, and for their Joint Statement Regarding Trial Date Setting, state as follows:

1. Counsel for the parties appeared at a status hearing on Monday, February 29, 2016. At that hearing, counsel advised the Court that they had completed the majority of the written discovery anticipated and thirteen depositions. Counsel further advised that they were completing the exchange of written discovery and limited depositions relative to Plaintiffs' Monell claims.

2. Additionally, pursuant to an agreement memorialized before this Court at a hearing on November 23, 2015, Defendants' counsel issued a subpoena on December 3, 2015 to the Clerk of the Court for the Lake County, Illinois Circuit commanding production of juvenile court documents to this Court's chambers by December 18, 2015.

3. On or about January 28, 2016, this Court's courtroom deputy advised that the Lake County Circuit Court juvenile record had been received in chambers. Since that time, there has been some confusion about the location of the subpoenaed juvenile records. At the February 29,

1

2016 status hearing, this Court advised that counsel for Plaintiffs could conduct a privilege review of the juvenile records prior to production of Defendants' counsel. If the Court turns over any of the juvenile court records, a ruling on additional limited document discovery may be necessary to determine if defense counsel can obtain juvenile court transcripts pursuant to subpoena.

4. Counsel also conferred with the Court at the February 29, 2016 status hearing regarding expert discovery and agreed that expert disclosure dates would be negotiated by the parties and that expert depositions would be completed by the close of fact discovery.

5. Based upon the above, the Court set a deadline for the completion of fact and expert discovery of May 25, 2016. (Dkt. #64) Additionally, the Court set a deadline for submission of the pre-trial order, jury instructions, and motions in limine of July 8, 2016. (*Id.*) The Court also set a trial date in this matter on August 2, 2016. (*Id.*)

6. Plaintiffs' counsel is scheduled to begin a 4 week medical malpractice trial on April 28, 2016. Defendants' counsel is scheduled to begin a 10 day trial involving claims for breach of contract and unjust enrichment on May 3, 2016.

7. Due to the above described pending discovery and the May trial calendars of counsel, the parties respectfully request that the trial date in this case remain August 2, 2016.

Dated: March 7, 2016

RESPECTFULLY SUBMITTED,


By: /s/ Michael D. Furlong
     Michael D. Furlong


Peter M. Trobe (Atty. No. 2857863)
Michael D. Furlong (Atty. No. 6289523)
TROBE, BABOWICE & ASSOCIATES, LLC
404 West Water Street
Waukegan, Illinois 60085
Tel: (847) 625-8700
Fax (847-625-8708
ptrobe@tbalaws.com
mfurlong@tbalaws.com



By:   Kevin O'Connor
     Kevin O'Connor

Kevin O'Connor
The O'Connor Law Firm, Ltd.
19 S. LaSalle St., Suite 1400
Chicago, IL 60603
(312) 906-7604
koconnor@co-injurylaw.com