UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Elizabeth Garcia, et al.
                    Plaintiff,
v.                                           Case No.: 1:13−cv−08955
                                             Honorable Virginia M. Kendall
City Of Waukegan, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 23, 2016:

    MINUTE entry before the Honorable Virginia M. Kendall. Final Pretrial Conference set for 7/14/2016 at 8:00 AM. (TIME CHANGE ONLY)Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.