## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Elizabeth Garcia, et al.
         Plaintiff,

v.               Case No.: 1:13−cv−08955
               Honorable Virginia M. Kendall

City Of Waukegan, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 30, 2016:

  MINUTE entry before the Honorable Virginia M. Kendall. By agreement of the parties, Defendant's Reply in support of it partial motion for summary judgment [68] shall be filed on or before 7/6/16. Due to the impending trial date and the final pretrial order date, no further extensions of time will be considered. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.