IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH GARCIA, as Mother and natural guardian of JONATHAN GARCIA, a minor, *et al*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No: 1:13-cv-08955 |
| DETECTIVE JAROSLAW GRZEDA, *et al*, | ) ) | Honorable Virginia M. Kendall |
| Defendants. | ) ) | |

## **STIPULATION OF DISMISSAL**

WHEREAS, Plaintiffs ELIZABETH GARCIA and ALICIA PEREZ have agreed to a settlement in principal with Defendant City of Waukegan, which is subject to formal approval by the Waukegan City Council, and is also subject to approval by this Court pursuant to United States District Court for the Northern District of Illinois Local Rule 17.1, Plaintiffs and Defendants stipulate, subject to approval of the Court, that:

1. Plaintiffs agree to dismiss their Amended Complaint in its entirety with prejudice subject to approval of the settlement by the City Council for the City of Waukegan, which is anticipated on July 18, 2016, and approval of the settlement by this Court pursuant to LR 17.1, which Plaintiffs will notice for presentation on or before August 1, 2016 at 9 a.m.

2. The parties shall bear their own respective attorney's fees, expenses, and costs.

STIPULATED AND AGREED TO:


s/ Kevin O'Connor                                          s/ Michael D. Furlong
Kevin O'Connor, Attorney for Plaintiffs          Michael D. Furlong, Attorney for
                                                                        Defendants

1